**Opinion issued February 26, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————

## NO. 01-12-00914-CR

————————

## IN RE JOHNNY MACK BROWN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

By petition for writ of mandamus, relator, Johnny Mack Brown, seeks mandamus relief from the trial court's July 6, 2012 order denying his request for a judgment nunc pro tunc to correct the jail time credit.

Appellant's petition does not contain certified or sworn copies of the documents constituting the record as required by TEX. R. APP. P. 52.7(a)(1). Similarly, the petition is not verified, as required by TEX. R. APP. P. 52.3(j), nor

does it include a copy of the motion for nunc pro tunc or evidence presented to the trial court.

For these reasons, we **DENY** the petition for writ of mandamus without prejudice to refiling.  We express no opinion as to the merits of appellant's claim that he is due additional jail time credit.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.